**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| THOMAS GALLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOT TOPIC, INC.,<br><br>Defendant. | Case No. 2:26-cv-02346<br><br>**VERIFICATION OF STATE COURT RECORDS** |

I, Meegan B. Brooks, declare as follows:

1. I am a partner at Ballard Spahr LLP, counsel of record for Defendant Hot Topic, Inc. in the above-referenced action. I am a citizen of the United States and am competent to make this declaration based upon my personal knowledge and review of the documents attached hereto.

3. Attached as **Exhibit A** is a true and correct copy of the current docket sheet for Pierce County Superior Court Case No. 26-2-09007-1 ("Pierce County Action").

2. Attached as **Exhibit B** are true and complete copies of all pleadings available at the time of this filing filed in the Pierce County Action. These records include:

a. Case Information Cover Sheet filed June 2, 2026;

b. Order Setting Original Case Schedule filed June 2, 2026;

c. Summons filed June 2, 2026;

d. Class Action Complaint filed June 2, 2026;

e. Affidavit of Service filed June 5, 2026;



BALLARD SPAHR LLP
71 STEVENSON ST., SUITE 400
SAN FRANCISCO, CA 94105
415.318.2770 FAX: 424.731.830

f. Notice of Appearance filed June 23, 2026; and

g. Notice of Appearance filed June 23, 2026.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Executed on this 6th day of July, 2026, at San Francisco, California.

BALLARD SPAHR LLP

By: *s/ Meegan B. Brooks*

Meegan B. Brooks, WSBA No. 62516
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Phone: 415.318.2772
brooksm@ballardspahr.com

*Attorneys for Defendant Hot Topic, Inc.*